UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------
UNITED STATES OF AMERICA,

-vs-

**ORDER**

CR-05-323(FB)

**Marisol Rosero-Aguilar** ,
        Defendants.

---------------------------------------------------



IT IS HEREBY ORDERED that the court file in the above captioned case unsealed.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
      April 21, 2006